RECEIVED
IN ALEXANDRIA, LA.

AUG 10 2011

TONY R. MOORE, CLERK
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

MASONTAE HICKMAN            DOCKET NO. 11-CV-619; SEC. P
#09995-078

VERSUS                      JUDGE DEE D. DRELL

WILLIAM A. SHERROD          MAGISTRATE JUDGE JAMES D.
                            KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** Petitioner's §2241 application be **DISMISSED** for lack of jurisdiction.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 10th day of August, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE